UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

       Eppy Electric, LLC

             Debtor

Case # 11-61840-6-dd
Chapter 11

## CERTIFICATION OF MAILING MATRIX

I, James R. Whitcombe, sole member/manager of Eppy Electric LLC, the latter being the Debtor herein, hereby certify under the penalties of perjury that the attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities / list of creditors / list of equity security holders, or any amendment thereto filed herewith.

/s/ James R. Whitcombe
James R. Whitcombe, sole member/manager

Penalty for making a false statement or concealing property:     Fine of up to $500.000 or imprisonment for up to 5 years or both. 18 USC §152; 18 USC §3571.

Advanta
PO Box 5657
Hicksville, NY 11802-5657

AT&T card
PO Box 1822564
Columbus, OH 43218-2564

Auburn Armature, Inc.
70 Wright Circle
P.O. Box 870
Auburn, NY 13021.

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Capitol One Bank
PO Box 71083
Charlotte, NC 28272

Chase
PO Box 15153
Wilmington, DE 19886-5153

CST Co.
CST Building
PO Box 33127
Louisville, KY 40232-3127

Discover
PO Box 71084
Charlotte, NC 28272-1084

Edward Joy Electric LLC
905 Canal Street
Syracuse, NY 13210

Gates-Cole Associates Inc. - Oneida
PO Box 358

Oneida, NY 13421

GE Money Bank
PO Box 960061
Orlando, FL 32896

General Supply & Services
d/b/a Gexpro NE
Attn: Chris Story
400 Technology Court, Suite R
Smyrna, GA 30082-5237

GM card
Customer center
PO Box 80082
Salines, CA 93912-0082

Graybar
12444 Collections Center Drive
Chicagi, IL 60693-2444

Home Depot
PO Box 183175
Columbus, OH 43218

IBEW Local 43
PO Box 110
4568 Waterhouse Road
Clay, NY 13041

IRS
49 Court Street
Binghamton, NY 13901
Attn:   John R. Vella

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346.

Loew's
PO Box 530970
Atlanta, GA 30353-0970

Main Street America Group
55 West Street
Keene, NH 03431-3374

Main Street America Assurance Co.
4601 Touchton Road East
Jacksonville, FL 32246-6000

MVP Healthcare
GB Collects, LLC
145 Bradford Drive
West Berlin, NJ 08091-9269

NECA - Finger Lakes NY Chapter
135 Old Cove Road
Suite #208
Liverpool, NY 13090

NES Rentals
PO Box 8500-1226
Philadelphia, PA 19178-1226

New York State Department of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NGM Insurance Company
55 West Street
Keene, NH 03431

Oneida Savings Bank
PO Box 240
Oneida, NY 23421

R.J. Taylor General Contractors, Inc
2580 Baird Rd
Penfield, NY 14526

Safeco Insurance Company of America
Member of Liberty Mutual Group
1001 4th Ave
Seattle, WA 98154

Suit-Kote Corporation

1911 Loring Crossing Road
Cortland, NY 13045

Syracuse Time and Alarm
2201 Burnet Avenue
Syracuse, NY 13206-2930

Utica Valley Electric Supply Company
2415 West Whitesboro Street
Yorkville, NY 13495

Werli Asphalt LLC
PO Box 1122
6206 State Highway 12
Norwich, NY 13815

Whitcombe Properties LLC
4895 State Route 365
Verona, NY 13478